No. 26. GRIFFIN ET AL. *v.* MARYLAND. Certiorari, 370 U. S. 935, to the Court of Appeals of Maryland. Argued November 5 and 7, 1962. Restored to the calendar for reargument, 373 U. S. 920. The motion of petitioners to remove this case from the summary calendar is denied. *Joseph L. Rauh, Jr.* on the motion.

No. 65. WEYERHAEUSER STEAMSHIP Co. *v.* UNITED STATES, 372 U. S. 597. The judgment of this Court is recalled and a new judgment shall issue assessing costs in this Court against the United States, with directions to the District Court to assess the costs below and interest as that court shall order in accordance with the statute.

No. 403. BANCO NACIONAL DE CUBA *v.* SABBATINO, RECEIVER, ET AL. Certiorari, 372 U. S. 905, to the United States Court of Appeals for the Second Circuit. The motion of Compania Azucarera Vertientes-Camaguey de Cuba for leave to file briefs in support of the motion to substitute and on the merits and for leave to participate in oral argument on the merits is granted. *John A. Wilson* on the motion. *Victor Rabinowitz* for petitioner in opposition to the motion.

No. 606. NEW YORK TIMES Co. *v.* SULLIVAN; and
No. 609. ABERNATHY ET AL. *v.* SULLIVAN. Certiorari, 371 U. S. 946, to the Supreme Court of Alabama. The motion of American Civil Liberties Union for leave to file a brief, as *amicus curiae,* is granted. *Edward S. Greenbaum, Harriet F. Pilpel* and *Melvin L. Wulf* on the motion.

No. 1540, Misc. WHITING ET AL. *v.* EUDOFF, U. S. MARSHAL. Motion for leave to file petition for writ of habeas corpus denied. *T. Emmett McKenzie* and *Frank D. Reeves* for petitioners.